# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Haggerty, Ancer L. | United States District Court for the District of Oregon | 11/23/93 |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) <br> Article III (active) | 5. Report Type (check appropriate type) <br> X Nomination, Date 11/19/93 <br> X Initial ___ Annual ___ Final | 6. Reporting Period <br> 1/1/92 through 11/1/93 |
| 7. Chambers or Office Address <br> U. S. Courthouse (tentative) <br> 620 S. W. Main <br> Portland, Oregon    97205 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer Signature _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Member, Board of Directors | Goodwill Industries of The Columbia Willamette <br> 1831 S. E. 6th, Portland, Oregon |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| Oregon Public Employees Retirement System, <br> Estimated Value as of 11/1/93 - $27,925.00 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE <br> (Honoraria only) | SOURCE AND TYPE | GROSS INCOME <br> (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 | Ancer L. Haggerty, State of Oregon Circuit Court Judge <br> Annual Salary | $ 129,800.00 |
| 2 | Julie Ann Haggerty, teacher, Portland Public Schools | $ "(S)" |
| 3 | Honoraria | $ none |
| 4 | | $ |
| 5 | | $ |

Exhibit G  Response No. 11 4

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Haggerty, Ancer L. | Date of Report<br>11/23/93 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| Bank of America Home equity loan, Account #50243107031325001 Lloyd Center, 500 N. E. Multnomah, Portland, Oregon | | K |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000<br>N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = more than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Haggerty, Ancer L. | Date of Report<br>11/23/93 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type<br>(e.g. div., rent or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type<br>(e.g. buy, sell, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date: Month Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |  |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 626 N.E. Buffalo<br>Portland, OR 97211 | B | Rent | K | W | none | | | | | |
| 2 1/2 interest in<br>6440 Neptune Street | A | none | K | W | none | | | | | |
| 3 Roads End, OR | | | | | | | | | | |
| 4 Farwest Federal Bank<br>Savings #0504515459 | A | Int. | J | U | | | | | | |
| 5 U.S. Government Bonds | A | Int. | J | U | | | | | | |
| 6 Security Benefit Life<br>Variflex Variable Annuity | A | Int. | L | U | one (see explanation) | | | | | |
| 7 IRA Acct. #1099097-8 | | | | | | | | | | |
| 8 First Trust<br>Acct. #A398761-0001 | A | Int. | J | U | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to 5,000   D=$5,001 to $15,000
(See Col. B1 & D4)   F=$15,001 to $50,000   F=$50,001 to $100,000   G=$100,001 to $1,000,000   H=More than $1,000,000
2 Value Codes:   J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   M=$100,001 to $250,000
(See Col. C1 & D3)   N=$250,001 to $500,000   O=$500,001 to $1,000,000   P=More than $1,000,000
3 Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book Value   V=Other   W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Haggerty, Ancer L. | 11/23/93 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

VII (6)   Attached are copies of the Variflex Income/growth series.  During the reporting period, there was one transaction where my agent suggested a change which was made.  I will file an amendment.

VII (7)   First Trust holds part of my IRA account.  I own 20 shares, as a limited partner, of Sierra Pacific Development Fund II and Consolidated Cap Instit Prop 2.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date ____11/23/93____

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC  20544

Digitized by Google